UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER RYAN MARTIN,<br><br>Petitioner,<br><br>v.<br><br>TOM LAWSON, *et al.*,<br><br>Respondents. | Case No.: 2:22-cv-00850-APG-VCF<br><br>**Order Granting<br>Motion for Extension of Time**<br><br>**(ECF No. 10)** |

    In this habeas corpus action, after an initial period of 90 days (ECF No. 5), and then a 45-day extension (ECF No. 9), the respondents were due on October 21, 2022, to respond to Christopher Ryan Martin's petition for writ of habeas corpus.

    On October 21, 2022, Respondents filed a motion for extension of time (ECF No. 10) requesting a another 45-day extension, to December 5, 2022, to respond to Martin's petition. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Respondents' counsel represents that Martin, who is represented by counsel, does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time **(ECF No. 10) is GRANTED**. Respondents will have until and including December 5, 2022, to respond to the petition for writ of habeas corpus.

    **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 6, 2022 (ECF No. 5) will remain in effect.

Dated: October 24, 2022

                                                            U.S. District Judge Andrew P. Gordon