**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER RYAN MARTIN,<br><br>Petitioner,<br><br>v.<br><br>TOM LAWSON, *et al.*,<br><br>Respondents. | Case No.: 2:22-cv-00850-APG-VCF<br><br>**Order Granting<br>Motion for Extension of Time**<br><br>**(ECF No. 12)** |

In this habeas corpus action, after an initial period of 90 days (ECF No. 5), a 45-day extension (ECF No. 9), and a second 45-day extension (ECF No. 11), the respondents were due on December 5, 2022, to respond to Christopher Ryan Martin's petition for writ of habeas corpus.

On December 2, 2022, Respondents filed a motion for extension of time (ECF No. 12), requesting a further 30-day extension, to January 4, 2023, to respond to Martin's petition. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Respondents' counsel represents that Martin, who is represented by counsel, does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

I will grant this extension of time as requested. However, Respondents now will have had some seven months to respond to this habeas petition. *I will not look favorably upon any motion to further extend this deadline.*

///

///

///

///

///

1

**I THEREFORE ORDER** that Respondents' Motion for Enlargement of Time **(ECF No. 12) is GRANTED**. Respondents will have until and including January 4, 2023, to respond to the petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered June 6, 2022 (ECF No. 5) will remain in effect.

Dated: December 2, 2022

_____
U.S. District Judge Andrew P. Gordon