AARON D. FORD
  Attorney General
Katrina A. Lopez (Bar. No. 13394)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3770 (phone)
(702) 486-2377 (fax)
KSamuels@ag.nv.gov
*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER RYAN MARTIN,<br><br>        Petitioner,<br><br>v.<br><br>TOM LAWSON, *et al.,*<br><br>        Respondents. | Case No. 2:22-cv-00850-APG-VCF<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MARTIN'S REPLY**<br>**(ECF NO. 22)**<br><br>**(FIRST REQUEST)** |

    Respondents move this Court for an enlargement of time of 45 days from the current due date of February 10, 2023, up to and including March 27, 2023, in which to file their Response to Martin's Reply (ECF No. 22). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

    This is the first enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay.

    DATED February 10, 2023

Submitted by:

AARON D. FORD
Attorney General

By:   */s/ Katrina A. Lopez*
     Katrina A. Lopez
     Deputy Attorney General

IT IS SO ORDERED:

Dated: February 12, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE